1  Anne Secker (State Bar No. 96157)
   Michael Masuda (State Bar No. 129313)
2  NOLAND, HAMERLY, ETIENNE & HOSS
   A Professional Corporation
3  333 Salinas Street
   Post Office Box 2510
4  Salinas, California 93902-2510
   Telephone:   (831) 424-1414
5  Facsimile:   (831) 424-1975

6  Attorneys for Defendant DISCOVERY PRODUCE, INC.
7
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN JOSE DIVISION
11

12  MAINAS FARMS, INC., A California Corporation,   Case No. C05-03119 JF

13                        Plaintiff,   **STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

14         vs.

15  RICHARD ESCAMILLA, an individual;   [Notice of Removal filed August 1, 2005]
    MARTIN VUKASOVICH, an individual;
16  JOHN M. COLENDICH, an individual;   Judge:  Honorable Jeremy Fogel
    DOMINGO AGRICULTURAL
17  SERVICES, INC., a California
    Corporation; ECHO CROP
18  INVESTMENT, INC., a California
    Corporation, a.k.a. ECHO COMPANY
19  INVESTMENT, INC.; COLENDICH &
    VUKASOVICH VEGETABLE FARMS,
20  INC. a.k.a. C&V FARMS, INC., a
    California Corporation, MARTIN
21  COLENDICH, an individual; VIRGINIA
    VUKASOVICH, an individual;
22  DISCOVERY PRODUCE, LLC, a
    California Limited Liability Company;
23  ESCAMILLA & SONS, INC., a
    California Corporation; WATSONVILLE
24  PRE-COOL, LLC, a California Limited
    Liability Company; and DOES 7 through
25  50 inclusive,

26                        Defendants.

27
28  / / /

---

15771\001\317261.1:80505                      1

STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER COMPLAINT
*Mainas Farms, Inc. v. Richard Escamilla, et al.* (No. C05-03119)

1   Plaintiff MAINAS FARMS, INC. and Defendant DISCOVERY PRODUCE, LLC,
2   through their counsel, stipulate as follows:
3   1.   The within action was removed to the United States District Court, Northern
4   District, San Jose Division, pursuant to Stipulation of the parties. The Notice of Removal was
5   filed with the court on August 1, 2005.
6   2.   Defendant Discovery Produce, LLC was served with the Summons and Complaint
7   and all other documents required to be served on June 24, 2005, which was prior to this matter
8   being removed to the United States District Court.
9   3.   Discovery Produce's response to the Complaint was due on August 3, 2005.
10  4.   Plaintiff and Defendant Discovery Produce stipulate that Discovery Produce shall
11  have an extension of time to respond to the Complaint up to and including August 12, 2005.
12  5.   This is the first extension requested and will not affect any other event or deadline
13  already set by the court.
14  6.   This extension will not cause prejudice to any party.
15  **SO STIPULATED**:

17  Dated: August 5, 2005

    NOLAND, HAMERLY, ETIENNE & HOSS
    A Professional Corporation

    By _____
    Michael Masuda
    Attorneys for Defendant Discovery Produce, LLC

23  Dated: August 5, 2005

    ANASTASSIOU & ASSOCIATES

    By _____
    Effie Anastassiou
    Attorneys for Plaintiff Mainas Farms, Inc.

8/15/05 IT IS SO ORDERED.

/s/electronic signature authorized
Judge Jeremy Fogel United States District Court