

STEVEN J. SIBLEY (SBN 152365)
JOHN DINAPOLI (SBN 84365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone:   (408) 999-0900
Facsimile:    (408) 999-0191
e-mail:        sjs@dslaw.net

**E-filed 9/8/05**

Attorneys for Defendants
RICHARD ESCAMILLA, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINAS FARMS, INC., A California Corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>RICHARD ESCAMILLA, an individual; MARTIN VUKASOVICH, an individual; JOHN M. COLENDICH, an individual; DOMINGO AGRICULTURAL SERVICES, INC., a California Corporation; ECHO CROP INVESTMENT, INC., a California Corporation, a.k.a. ECHO COMPANY INVESTMENT, INC.; COLENDICH & VUKASOVICH VEGETABLE FARMS, INC. a.k.a. C&V FARMS, INC., a California Corporation, MARTIN COLENDICH, an individual; VIRGINIA VUKASOVICH, an individual; DISCOVERY PRODUCE, LLC, a California Limited Liability Company; ESCAMILLA & SONS, INC., a California Corporation; WATSONVILLE PRE-COOL, LLC, a California Limited Liability Company; and DOES 7 through 50 inclusive,<br><br>             Defendants. | Case No. C05-03119<br><br>**[Proposed] ORDER GRANTING EX PARTE MOTION TO REFER CASE TO THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**<br><br>**Notice of Removal Filed: 8/1/2005**<br>**Judge: Hon. Jeremy Fogel** |

Having considered the Ex Parte Motion of defendant RICHARD ESCAMILLA, individually and on behalf of all of the other parties to this action, for an Order referring this case to the United States Bankruptcy Court for the Northern District of California, San Jose

1  Division, including all supporting papers and the Stipulation/Order Re Removal of Action from
2  State Court, Change of Venue and Referral to Bankruptcy Court, and good cause appearing
3  therefor,
4        IT IS HEREBY ORDERED that the Ex Parte Motion is granted and that this case is
5  hereby referred from the United States District Court for the Northern District of California,
6  San Jose Division, to the United States Bankruptcy Court for the Northern District of
7  California, San Jose Division.
8  Dated:     August __, 2005          /s/electronic signature authorized
              9/8/05                   _____
9                                      HON. JEREMY FOGEL
                                       United States District Court Judge

ORDER GRANTING EX PARTE MOTION TO REFER          Case No. C05-03119 JF
CASE TO BANKRUPTCY COURT
Reference.ExPOrder.wpd                2

Copies of this Order have been served on the following persons:

Steven J. Sibley
John DiNapoli
DiNapoli & Sibley
10 Almaden Blvd., Ste. 1250
San Jose, CA 95113

Effie F. Anastassiou
Denis Klavdianos
Anastassiou & Associates
P.O. Box 2210
Salinas, CA 93902

Anne Secker
Noland Hamerly Etienne & Hoss
P.O. Box 2510
Salinas, CA 93902

Office of the U.S. Trustee
280 S. First Street, Rm. 268
San Jose, CA  95113

Merle C. Myers
Goldberg, Stinnett, Meyers and Davis
44 Montgomery St., #2900
San Francisco, CA 94104

ORDER GRANTING EX PARTE MOTION TO REFER
CASE TO BANKRUPTCY COURT
Reference.ExPOrder.wpd

3

Case No. C05-03119 JF